**Jose Luis PANIAGUA–NAVARETTE,
Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney
General, Respondent.**

No. 04–60831.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 13, 2005.

Eduardo Dean Jaime, Laredo, TX, for Petitioner.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**690**

David V. Bernal, Thomas Ward Hussey, Director, U.S. Department of Justice Office of Immigration Litigation, Anthony P. Nicastro, U.S. Department of Justice Civil Division Immigration Litigation, Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, Kenneth L. Pasquarell, Acting District Director, U.S. Immigration & Naturalization Service District Directors Office, San Antonio, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Jose Luis Paniagua–Navarette petitions this court for review of the Board of Immigration Appeals' (Board) August 26, 2004, decision denying his motion for reconsideration of the Board's June 10, 2004, affirmance of the Immigration Judge's (IJ) denial of his request for cancellation of removal.

Paniagua–Navarette's brief is devoted to challenging the IJ's decision that Paniagua–Navarette was not entitled to cancellation of removal. He fails to present any argument with regard to the Board's denial of his motion to reconsider—the order that is the subject of the petition for review. Thus, Paniagua–Navarette has abandoned his challenge to the Board's August 26, 2004, decision denying his motion to reconsider by failing to brief it. *See Al–Ra'id v. Ingle,* 69 F.3d 28, 33 (5th

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Cir.1995). Accordingly, we DENY his petition for review.